**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 15-17256 |
| Manuel Ruiz aka Manuel Ruiz-Rocha; | CHAPTER 13 |
| Debtor(s). | JUDGE Pamela S. Hollis |

**NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE**

PLEASE TAKE NOTICE that on 12/08/2017, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

Mortgage Solutions of Colorado, **WITHDRAWS** its Response to Notice of Final Cure filed on December 8, 2017, under Claim # 6.

/s/ Crystal V. Sava
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, a copy of the foregoing Notice of Withdrawal of Response to Notice of Final Cure was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

John A Reed, Debtor's Counsel
Glenn B Stearns, Trustee
Patrick S. Layng, United States Trustee

And by regular Us Mail, postage pre-paid on:

Manuel Ruiz aka Manuel Ruiz-Rocha, 8273 Old Ridge Road, Plainfield, IL 60544

/s/ Jaclene Morris
ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120, Naperville, IL 60563-4947
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
bankruptcy@AnselmoLindberg.com
File No. B15050090
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**